IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MICHAEL JEROME KING, #N6606                                                    PLAINTIFF

VERSUS                                               CIVIL ACTION NO.  1:13-cv-362-LG-JMR

CITY OF PASCAGOULA, et al.                                                   DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

  This matter comes before the Court, *sua sponte*, for consideration of the dismissal of Defendant Pascagoula Police Department.  Plaintiff filed the instant civil action pursuant to 42 U.S.C. § 1983 on September 16, 2013.  The named Defendants are the City of Pascagoula, Pascagoula Police Department, and Sheila Jenkins.  Plaintiff's Complaint [1] as well as his Response [12] to the Court's Order [10] allege that Defendants violated his constitutional rights.  Having reviewed the Complaint [1], Plaintiff's Responses [12] and applicable law, the Court has determined that Plaintiff cannot maintain this case against Defendant Pascagoula Police Department.

  The Pascagoula Police Department is not a proper party because it is not a political subdivision or separate legal entity in and of itself.  *See Upchurch v. City of Moss Point,* Civil Action No. 1:10-CV-228-LG-RHW, 2011 WL 5082224, *2-3 (S.D. Miss. Oct. 26, 2011)(holding that the Moss Point Police Department was not a proper party because it does not enjoy a separate legal existence from the City of Moss Point); *Stewart v. Jackson Co., Miss.,* No. 1:07-CV-1270-WJG-JMR, 2008 WL 4287112 at *1 (S.D. Miss. Sept. 16, 2008)(citing Miss. Code Ann. § 21-17-1) (determining under the law of Mississippi that "a city's police department is not

considered to be an entity separate from the city").  Because the Pascagoula Police Department is merely a department of the City of Pascagoula, this Defendant is not a proper party and must be dismissed.

The Court, however, determines that at this stage of the screening process, Plaintiff has stated an arguable claim in his Complaint [1] and Response [12] against Defendants City of Pascagoula and Sheila Jenkins.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Pascagoula Police Department is dismissed with prejudice as a Defendant.  A separate Order directing summons to issue for Defendants City of Pascagoula and Sheila Jenkins will be entered.

**SO ORDERED AND ADJUDGED** this the 20th day of November, 2013.

<u>s/ *Louis Guirola, Jr.*</u>
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE